**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
NV Bar No. 7332
mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
NV Bar No. 12332
gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: (702) 550-4400
Fax: (844) 670-6009

**COOLEY LLP**
AARTI REDDY
CA Bar No. 274889 (*pro hac vice pending*)
areddy@cooley.com
3 Embarcadero Ctr, Fl. 20
San Francisco, CA 94111-4004
Telephone: (415) 693 2000
Fax: (415) 693-2222

CHRISTOPHER ANDREWS
NY Bar No. 5442355 (*pro hac vice pending*)
candrews@cooley.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Defendant SeatGeek, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARS CARBONELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEATGEEK, INC.,<br><br>Defendant. | Case No. 2:24-cv-02087-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT SEATGEEK, INC.'S DEADLINE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, TO DISMISS THE CLASS ACTION COMPLAINT [FIRST REQUEST]** |

Defendant SeatGeek, Inc. ("SeatGeek") by and through its counsel, the law firms of Dickinson Wright PLLC and Cooley LLP, and Plaintiff Mars Carbonell ("Plaintiff"), by and through his counsel of record, Bursor & Fisher, P.A. and Kemp Jones, LLP, hereby stipulate and agree to the following:

1. On November 7, 2024, Plaintiff filed his Class Action Complaint against SeatGeek. ECF No. 1.

2. On January 14, 2025, SeatGeek filed its Motion to Compel Arbitration, or, alternatively, to Dismiss Plaintiff's Class Action Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6) (the "Motion"). ECF No. 17.

3. On January 28, 2025, Plaintiff filed his brief in opposition to the Motion.

4. SeatGeek's current deadline to file its reply brief in support of the Motion is February 4, 2025.

5. Plaintiff and SeatGeek agree that SeatGeek will have until February 11, 2025 to file its reply brief in support of its Motion. This is the first request for an extension of time to file a reply brief in support of the Motion.

//
//
//
//
//
//
//
//
//
//
//
//

6. This extension is requested in good faith and not intended for purposes of delay but rather to provide SeatGeek with sufficient time to review and respond to Plaintiff's forthcoming opposition brief.

DATED this 29th day of January, 2025.

| | |
|---|---|
| **KEMP JONES, LLP** | **DICKINSON WRIGHT PLLC** |
| /s/ Stefan Bogdanovich<br>MICHAEL GAYAN<br>NV. Bar No. 11135<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>m.gayan@kempjones.com | /s/ Michael N. Feder<br>MICHAEL N. FEDER<br>NV Bar No. 7332<br>mfeder@dickinson-wright.com<br>GABRIEL A. BLUMBERG<br>NV Bar No. 12332<br>gblumberg@dickinson-wright.com<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169 |
| **BURSOR & FISHER, P.A**.<br>PHILIP L. FRAIETTA (*pro hac vice*)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: pfraietta@bursor.com | **COOLEY LLP**<br>AARTI REDDY<br>CA Bar No. 274889 (*pro hac vice pending*)<br>areddy@cooley.com<br>3 Embarcadero Ctr, Fl. 20<br>San Francisco, CA 94111-4004 |
| STEFAN BOGDANOVICH (*pro hac vice*)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: sbogdanovich@bursor.com | CHRISTOPHER ANDREWS<br>NY Bar No. 5442355 (*pro hac vice pending*)<br>candrews@cooley.com<br>55 Hudson Yards<br>New York, NY 10001<br><br>*Attorneys for Defendant SeatGeek, Inc.* |
| *Attorneys for Plaintiff* | |

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

Date: January 30, 2025