# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARS CARBONELL,

    Plaintiff(s),

v.

SEATGEEK, INC.,

    Defendant(s).

Case No. 2:24-cv-02087-JCM-NJK

**Order**

[Docket No. 28]

    Pending before the Court is Defendant's unopposed motion to stay discovery pending resolution of its motion to compel arbitration or to dismiss. Docket No. 28. Plaintiff does not oppose the motion to stay discovery. Docket No. 29. In considering the governing standards, *see, e.g.*, *Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020), the Court will permit the stay of discovery. Accordingly, the motion to stay discovery is **GRANTED**. In the event resolution of the motion to compel arbitration or to dismiss does not end the proceedings here, the parties must file a joint proposed discovery plan or joint status report within 14 days of the issuance of that order.

    IT IS SO ORDERED.

    Dated: February 24, 2025

                                                Nancy J. Koppe
                                               United States Magistrate Judge