**KEMP JONES, LLP**
Nathanael R. Rulis, Esq. (Nev. Bar #11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
m.gayan@kempjones.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARS CARBONELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SEATGEEK, INC.<br><br>Defendant. | Case No. 2:24-cv-02087-JCM-NJK<br><br>**KEMP JONES' MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |

**PLEASE TAKE NOTICE** that the law firm of KEMP JONES, LLP, 3800 Howard Hughes Pkwy, Floor 17, Las Vegas, NV 89169, (702) 385-6000 (phone), (702) 385-6001 (facsimile), has disassociated and is no longer counsel of record for Plaintiff Mars Carbonell, in the above-captioned matter.

Plaintiff Mars Carbonell is and will continue to be represented by Michael Gayan of the law firm Claggett & Sykes, 4101 Meadows Lane, Ste. Las Vegas, NV 89107, (702) 333-7777 (phone), (702) 655-3763 (facsimile), mike@claggettlaw.com (email) and the law firm of BURSOR & FISHER, P.A.

/ / /

/ / /

/ / /

1

Kemp Jones hereby requests an order from the Court removing any and all attorneys from the law firm from the service lists in this matter.

DATED this 31stday of March, 2025.

**KEMP JONES, LLP**

By: ___/s/Nathanael Rulis___
Nathanael R. Rulis, Esq. (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: April 1, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2