UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARS CARBONELL,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SEATGEEK, INC.,<br><br>Defendant - Appellant. | No. 25-6344<br><br>D.C. No.<br>2:24-cv-02087-JCM-NJK<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The motion (Docket Entry No. 28) for voluntary dismissal is construed as a request for a limited remand for the district court to consider the parties' request for preliminary approval of a class action settlement.

So construed, the motion for a limited remand (Docket Entry No. 28) is granted. This case is remanded to the district court for the limited purpose of enabling the district court to consider the parties' request for preliminary approval of a class action settlement.

Proceedings in this court will remain stayed pending further order of the court.

Within 14 days after the district court's decision regarding preliminary approval of the parties' settlement, appellant will file a further status report and/or a motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT